DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNY SAMUEL DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-480

[June 9, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-2016-CF-012697-AXXX-MB.

Johnny Samuel Davis, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***